# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| American Dairy Queen Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>W.B. Mason Co., Inc.,<br><br>        Defendant. | Case No. 18-cv-693 (SRN/ECW)<br><br>**ORDER** |

The Court has reviewed the parties' August 9, 2019 submissions regarding the status of discovery and settlement discussions. Based on the submissions, the Court has set an early settlement conference for October 4, 2019. (*See* Dkt. 60.) The Court understands that the parties have identified certain discovery to take place before that settlement conference. To the extent any disputes arise regarding that discovery, the parties are directed to raise those disputes via the Court's informal dispute resolution process in sufficient time to permit their resolution before the October 4, 2019 settlement conference.

**SO ORDERED.**

Date:  August 13, 2019

*s/Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge