# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

American Dairy Queen Corporation,

        Plaintiff,

   v.

W.B. Mason Co., Inc.

        Defendant.

Case No. 18-cv-00693 (SRN/ECW)

**ORDER**

---

Dean C. Eyler, Ashley M. Bennett Ewald, and Molly Littman, Lathrop GPM LLP, 80 South Eighth Street, Suite 500 IDS Center, Minneapolis, MN 55402, and Sheldon Howard Klein, Lathrop GPM LLP, 600 New Hampshire Avenue, N.W., Suite 700, Washington, DC 20037 for Plaintiff American Dairy Queen Corporation.

Jason C. Kravitz, Deborah Thaxter, Leslie Hartford, Melanie Dempster, and Gina M. McCreadie, Nixon Peabody LLP, Exchange Place, 53 State Street, Boston, MA 02109-2835 and Thomas R. Johnson, Merchant & Gould, P.C., 150 South Fifth Street, Suite 2200, Minneapolis, MN 55402, for Defendant W. B. Mason Co., Inc.

---

SUSAN RICHARD NELSON, United States District Judge

The Court has reviewed the objections made to the parties' designations of certain proposed trial testimony and rules as follows:

1.     In the deposition of Jessica Arceri, all objections are overruled.

2.     In the deposition of Pamela Kitter, all objections are overruled.

3.     In the deposition of Dana Blizzard, all objections are overruled.

4.     In the deposition of Jennifer Lewin, all objections are overruled.

**IT IS SO ORDERED.**

BY THE COURT:

Dated: October 18, 2021                s/Susan Richard Nelson
                                       SUSAN RICHARD NELSON
                                       United States District Judge