UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| American Dairy Queen Corporation, | Case No. 18-cv-00693 (SRN/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| W.B. Mason Co., Inc. | |
| Defendant. | |

Dean C. Eyler, Ashley M. Bennett Ewald, and Molly Littman, Lathrop GPM LLP, 80 South Eighth Street, Suite 500 IDS Center, Minneapolis, MN 55402, and Sheldon Howard Klein, Lathrop GPM LLP, 600 New Hampshire Avenue, N.W., Suite 700, Washington, DC 20037 for Plaintiff American Dairy Queen Corporation.

Jason C. Kravitz, Deborah Thaxter, Leslie Hartford, Melanie Dempster, and Gina M. McCreadie, Nixon Peabody LLP, Exchange Place, 53 State Street, Boston, MA 02109-2835 and Thomas R. Johnson, Merchant & Gould, P.C., 150 South Fifth Street, Suite 2200, Minneapolis, MN 55402, for Defendant W. B. Mason Co., Inc.

SUSAN RICHARD NELSON, United States District Judge

    The Court has reviewed the objections made to the parties' designations of certain proposed trial testimony in the videotaped deposition of Terrence Kiel. The following objections are sustained:

        Page 14, lines 20-23;
        Page 44, Exhibit 288 is not admitted (no foundation);
        Page 71, lines 18-22;
        Page 72, lines 1-15;
        Page 76, lines 11-25;
        Page 77, lines 1-25;
        Page 78, lines 1-11;
        Page 79, lines 4-25;
        Page 80, line 1 - Page 81, line 25;
        Page 82, lines 1-15.

    All other objections are overruled.

**IT IS SO ORDERED.**

                                                BY THE COURT:

Dated: October 20, 2021          s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge