# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| American Dairy Queen Corporation | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-693 SRN/ECW |
| W.B. Mason Co., Inc. | |
| Defendant(s). | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Judgment on Count 1 of the Complaint, for trademark infringement under 15 U.S.C. § 1114(1)(a), be entered in favor of Defendant.

2. Judgment on Count 2 of the Complaint, for unfair competition under 15 U.S.C. § 1125(a) by false designation of origin, be entered in favor of Defendant.

3. Judgment on Count 3 of the Complaint, for trademark dilution under 15 U.S.C. § 1125(c), be entered in favor of Defendant.
4. Judgment on Count 4 of the Complaint, for common law unfair competition, be entered in favor of Defendant.
5. Judgment on Count 5 of the Complaint, for deceptive trade practices under Minn. Stat. §§ 325D.44, be entered for Defendant.
6. These Findings of Fact and Conclusions of Law are temporarily filed under seal because certain documents referenced herein were filed under seal. Within seven (7) days of the date on which the Findings of Fact and Conclusions of Law are entered, the parties are

ORDERED to show cause as to why the document should remain under seal, and if so, which portions of it should remain sealed and for how long. To that tend, the parties must file (under seal) a joint brief, no longer than five (5) pages, and/or a proposed Redacted Findings of Fact and Conclusions of Law, if they would like portions to remain under seal.

Date: 6/14/2022                                                                KATE M. FOGARTY, CLERK