UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| AMERICAN DAIRY QUEEN CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>W.B. MASON CO., INC.,<br><br>　　　　　　Defendant. | Civil Action No. 0:18-cv-00693-SRN-ECW |

**ORDER**

This matter came before the Court on Defendant W.B. Mason Co., Inc.'s ("W.B. Mason") *Unopposed Motion for to Amend Findings Under Rule 52(b) to Correct Scrivener's Error*, Docket Entry No. 467 (the "Motion"). The Court, having reviewed the Motion, memoranda, records, and proceedings in the above-entitled matter, finds sufficient cause for granting the Motion.

THEREFORE, IT IS HEREBY ORDERED THAT:

W.B. Mason's Motion [Doc. No. 467] is **GRANTED**.

The Court amends the Findings of Fact and Conclusions of Law to remove all references to W.B. Mason's BLIZZARD marks for spring water as being registered trademarks.

The Court further orders that this amendment does not in any way impact or alter the Court's judgment of no infringement, no dilution, and no violation of any state law.

BY THE COURT:

Dated: July 14, 2022

s/Susan Richard Nelson
Susan Richard Nelson
United States District Judge